FILED
2006 May-24 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

QONTAE BOLTON, et al.,       }
                             }
     Plaintiffs and          }
     Counterclaim defendant, }    CIVIL ACTION NO.
                             }    04-AR-3163-S
v.                           }
                             }
DURABLE MEDICAL EQUIPMENT    }
RENTAL & SALES, INC., et al.,}
                             }
     Defendants and          }
     Counterclaimant.        }
```

### MEMORANDUM OPINION

After the jury's partial answers to special interrogatories, the court solicited the ideas of the parties as to the proper course of action, recognizing that a new trial on some issues is unavoidable, that is, unless a settlement is reached. Upon reflection, the court now concludes that the jury's determination of no liability on the counterclaim is dispositive, so that the counterclaim will be dismissed, but all other issues submitted to the recent jury will be re-submitted to the next jury. This jury did not resolve them. There is no point in discussing the jury interrogatories as to which no answers were given. As to Bolton's claim of retaliation, the jury found that defendants retaliated against her, but awarded zero mental anguish damages to the extent "not contained in the answer to question no. 3". Question no. 3 had not been answered, creating an enigma. There was no complete, unequivocal answer to the retaliation issue.

This makes it unnecessary to decide whether the non-answer constituted a compromised verdict induced by the modified *Allen* charge as contended by Bolton.  The same problem inheres in the jury's answers to the interrogatories regarding Bolton's claim of libel.  Although the jury purported to award Bolton no damages for mental anguish and only $3,000 in punitive damages, both responses involved assumed exclusions of amounts previously awarded when there had been no previous grants or denials of claims for mental anguish or punitive damages.  Again, there was no dispositive answer.

An appropriate separate order consistent with this opinion will be entered.

DONE this 2$^{4th}$ day of May, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE